222

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-169—)

EXCERPTA MEDICA, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed January 2, 1975.*

EXCERPTA MEDICA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.